DANIEL G. BOGDEN
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: troy.flake@usdoj.gov

*Attorneys for the United States.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) Case No. 2:13-cv-00168-JAD-GWF |
| Plaintiff, | ) ) |
| v. | ) ) |
| KELLY JONES, *et al.,* | ) ) |
| Defendants. | ) ) |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Andrew J. Dober to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Mr. Dober is an attorney with the Federal Deposit Insurance Corporation, an agency of the federal government, and is a member in good standing of the state bars of the District of Columbia (No. 489638) and California (No. 229657). In any proceeding in the above-referenced case, Mr. Dober would be appearing as counsel for non-party FDIC, in its Corporate Capacity (FDIC-C) for the purpose of litigating any discovery disputes involving FDIC-C. Mr. Dober is not counsel for FDIC, as Receiver for Security Savings Bank in this proceeding.

The following contact information is provided to the Court:

> Andrew J. Dober
> Counsel
> FDIC Legal Division
> 3501 Fairfax Drive
> Arlington, Virginia 22226
> 703-562-2545 (office)
> 703-562-2481 (fax)
> adober@fdic.gov

Accordingly, the United States respectfully requests that the Court admit Andrew J. Dober to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 26th day of February 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Troy K. Flake*
TROY K. FLAKE
Assistant United States Attorney

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: ___February 27, 2015___

2

**PROOF OF SERVICE**

I, Troy K. Flake, certify the following individuals were served with a copy of the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on the date and via the method of service identified below:

**Electronic Case Filing**:

| | |
|---|---|
| K. Lawson Pedigo (*pro hac vice*)<br>klpedigo@mkp-law.net<br>MILLER KEFFER & PEDIGO PLLC<br>8401 N. Central Expressway, Suite 630<br>Dallas, TX 75225<br><br>Carleton R. Burch - crb@amclaw.com<br>Sue Trazig Cavaco - stc@amclaw.com<br>ANDERSON, McPHARLIN & CONNERS LLP<br>601 S. Seventh Street<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendants Kelly Jones*<br>*And Stephen Dervenis* | Ryan T. Scarborough (*pro hac vice*)<br>rscarborough@wc.com<br>Peter G. Dickos (*pro hac vice*)<br>pdickos@wc.com<br>WILLIAMS & CONNOLY LLP<br>725 12th Street NW<br>Washington, D.C. 20001<br><br>Erika Pike Turner - eturner@gordonsilver.com<br>Joel Z. Schwarz - jschwarz@gordonsilver.com<br>GORDON SILVER<br>3960 Howard Hughes Parkway 9th Floor<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant Thomas Procopio* |
| Robert McCoy - rrm@morrislwagroup.com<br>Joni A. Jamison - jaj@morrislawgroup.com<br>MORRIS LAW GROUP<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, NV 89101<br><br>Patrick J. Richard - Prichard@nossaman.com<br>Sayed A. Ahmed - aahmed@nossaman.com<br>NOSSAMAN LLP<br>50 California Street, 34th Floor<br>San Francisco, CA 94111<br><br>*Attorneys for Plaintiff Federal Deposit Insurance*<br>*Corporation as Receiver for Security Savings Bank* | |

Dated this 26th day of February 2015.

/s/ Troy K. Flake
TROY K. FLAKE
Assistant United States Attorney