GORDON SILVER
ERIKA PIKE TURNER
Nevada Bar No. 6454
E-mail: eturner@gordonsilver.com
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email: jschwarz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666

WILLIAMS & CONNOLLY LLP
RYAN SCARBOROUGH
Email: rscarborough@wc.com
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-517
Fax: (202) 434-5029

*Attorneys for Defendant Thomas Procopio*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SECURITY SAVINGS BANK,<br><br>Plaintiffs,<br><br>vs.<br><br>KELLY JONES, STEPHEN DERVENIS, and THOMAS PROCOPIO,<br><br>Defendants. | CASE NO. 2:13-cv-00168-JAD-GWF<br><br>**STIPULATED ORDER AND ADDENDUM TO THE STIPULATED PROTECTIVE ORDER ENTERED MARCH 11, 2014** |

Counsel for the former officers of Security Savings Bank ("Defendants"), counsel for the Federal Deposit Insurance Corporation as Receiver for Security Savings Bank, Henderson, Nevada ("FDIC-R"), and counsel for non-party Federal Deposit Insurance Corporation, in its Corporate Capacity ("FDIC-C") agree as follows:

1. The Stipulated Protective Order ("SPO") entered in this action on March 11, 2014 ("SPO") shall govern and apply to non-public documents produced by FDIC-C for use in this action.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89109
(702) 796-5555

105108-001/2594208

1 of 4

2. Provided, however, the parties may not challenge FDIC-C's confidentiality designation of FDIC-C produced material. Therefore, the provisions of paragraphs 3 and 4 of the SPO governing disputes concerning confidentiality designations shall not apply to non-public documents and information produced by FDIC-C.

3. If FDIC-C inadvertently produces non-public documents in this action without the "Confidential" designation contemplated by paragraph 3 of the SPO, then counsel for the party seeking to utilize the documents shall affix such legend.

4. To the extent that non-public documents produced by the FDIC-C in this action are sought to be introduced publicly at trial, counsel for the Defendants will provide the FDIC-C with its exhibit list after service on opposing counsel, and use their reasonable best efforts to provide notice of their use of a document not on their exhibit list so that FDIC-C may present to the Court, if it chooses, its views regarding the confidentiality of the FDIC-C documents.

5. FDIC-C may enforce the applicable terms of the SPO with respect to non-public documents produced by FDIC-C for use in this action.

6. By entering into this Stipulated Addendum, FDIC-C is not waiving service requirements or consenting to jurisdiction over the Third-Party Complaint filed by Defendants on October 20, 2014 but as yet unserved upon FDIC-C.

Dated February 26, 2015

WILLIAMS & CONNOLLY LLP

By: */s/ Ryan Scarborough*
Ryan Scarborough
*Counsel for Defendant Thomas Procopio*

with GORDON SILVER
Erika Pike Turner
*Counsel for Defendant Thomas Procopio*

*///*

*///*

*///*

*///*

*///*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89109
(702) 796-5555

105108-001/2594208

MILLER KEFFER & PEDIGO, PLLC

By:    /s/ K. Lawson Pedigo
K. Lawson Pedigo
Attorney for the Defendants
*Counsel for Defendants Kelly Jones and Stephen Dervenis*

ANDERSON, MCHPHARLIN & CONNERS LLP

By:    /s/ Carleton R. Burch
Carleton R. Burch
*Counsel for Defendants Kelly Jones and Stephen Dervenis*

NOSSAMAN LLP

By:    /s/ Patrick Richard
Patrick Richard
*Counsel for Federal Deposit Insurance in its Capacity as Receiver for Security Savings Bank*

FEDERAL DEPOSIT INSURANCE CORPORATION, IN ITS CORPORATE CAPACITY

By:    /s/ *Andrew J. Dober*
Andrew J. Dober
*Counsel for the Federal Deposit Insurance Corporation, in its Corporate Capacity*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 27, 2015

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89109
(702) 796-5555

105108-001/2594208

# CERTIFICATE OF SERVICE

The undersigned, an employee of Gordon Silver, hereby certifies that on the 26th day of February, 2015 she caused a copy of the foregoing **STIPULATED ORDER AND ADDENDUM TO THE STIPULATED PROTECTIVE ORDER ENTERED MARCH 11, 2014**, to be served electronically to all parties of interest through the Court's CM/ECF system as follows:

| | |
|---|---|
| MORRIS LAW GROUP<br>Robert McCoy, No. 9121<br>Email: rrm@morrislawgroup.com<br>Joni A. Jamison, No. 11614<br>Email: jaj@morrislawgroup.com<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 | WILLIAMS & CONNOLLY LLP<br>Ryan Scarborough<br>(*Pro Hac Vice*)<br>Email: rscarborough@wc.com<br>Peter Dickos<br>Email: pdickos@wc.com<br>(*Pro Hac Vice*)<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>*Attorneys for Thomas Procopio* |
| ATER WYNNE LLP<br>Frank V. Langfitt III (*pro hac vice to be submitted*)<br>Email: fvl@aterwynne.com<br>James B. Davidson (*pro hac vice to be submitted*)<br>Email: jbd@aterwynne.com<br>1331 NW Lovejoy Street, Suite 900<br>Portland, Oregon 97209-2785 | MILLER KEFFER & PEDIGO PLLC<br>K. Lawson Pedigo<br>(*Pro Hac Vice*)<br>Email: klpedigo@mkp-Iaw.net<br>3400 Carlisle Street, Suite 550<br>Dallas, Texas 75204 |
| NOSSAMAN LLP<br>Patrick J. Richard<br>Email: prichard@nossaman.com<br>Sayed A. Ahmed<br>Email: aahmed@nossaman.com<br>50 California Street, 34th Floor<br>San Francisco, California 94111<br>*Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Security Savings Bank* | ANDERSON, McPHARLIN & CONNERS LLP<br>Carleton R. Burch<br>Email: crb@amc1aw.com<br>Sue Trazig Cavaco<br>Email: stc@amc1aw.com<br>601 South Seventh Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Kelly Jones and Stephen Dervenis* |

  */s/ Anna Diallo*
Anna Diallo, an employee of
GORDON SILVER

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89109
(702) 796-5555

105108-001/2594208