# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SECURITY SAVINGS BANK,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KELLY JONES, STEPHEN DERVENIS, and THOMAS PROCOPIO,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-00168-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Defendants' Motion to File Motion to Strike Under Seal (#145), filed on March 20, 2015. Plaintiffs were instructed to respond by March 27, 2015 if they wished to do so, and did not file a response.

Defendants state that the Motion to Strike contains references to confidential documents and deposition testimony about those documents. The documents are also attached to the Motion. Defendants represent that these documents are covered by the Court's Protective Order (#59), which declared that documents designated "confidential" be submitted under seal. Defendants have sufficiently established good cause. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to File Motion to Strike Under Seal (#145) is **granted**.

**DATED** this 30th day of March, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge