MORRIS LAW GROUP
Robert McCoy, No. 9121
Email: rrm@morrislawgroup.com
Joni A. Jamison, No. 11614
Email: jaj@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

NOSSAMAN LLP
Patrick J. Richard (*pro hac vice*)
Email: prichard@nossaman.com
Sayed A. Ahmed (*pro hac vice*)
Email: aahmed@nossaman.com
50 California Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

Attorneys for Plaintiff Federal Deposit
Insurance Corporation as Receiver for
Security Savings Bank

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SECURITY SAVINGS BANK,<br><br>        Plaintiff,<br>vs.<br><br>KELLY JONES, STEPHEN DERVENIS, and THOMAS PROCOPIO,<br><br>        Defendants. | Case No. 2:13-cv-00168-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT AND JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff Federal Deposit Insurance Corporation as Receiver for Security Savings Bank and Defendants Stephen Dervenis, Kelly Jones and Thomas Procopio stipulate to extend the deadlines for filing dispositive motions and the joint pretrial order.

The fact and expert discovery in this action has been completed. The dispositive motions are currently due on May 6, 2015 (#138).  In order to facilitate settlement discussions, the parties request that the current deadline to file the dispositive motions be extended from May 6, 2015 to June 4, 2015.

Accordingly, the parties also request that the current deadline for the filing the joint pretrial order also be extended from June 6, 2015 to July 3, 2015.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions (#153).

| MORRIS LAW GROUP | ANDERSON, McPHARLIN & CONNERS LLP |
|---|---|
| By: /s/ Robert McCoy<br>Robert McCoy, Bar No. 9121<br>Joni A. Jamison, Bar No. 11614<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada  89101 | By: /s/ Carleton R. Burch<br>Carleton R. Burch, Bar No. 10527<br>601 S. Seventh Street<br>Las Vegas, Nevada 89101 |
| NOSSAMAN LLP<br>Patrick J. Richard (*pro hac vice*)<br>Sayed A. Ahmed (*pro hac vice*)<br>50 California Street, 34th Floor<br>San Francisco, California 94111<br><br>Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Security Savings Bank | MILLER KEFFER PEDIGO PLLC<br>K. Lawson Pedigo (*pro hac vice*)<br>3400 Carlisle Street<br>Suite 550<br>Dallas, Texas  75204<br><br>Attorneys for Defendants Kelly Jones and Stephen Dervenis |

GORDON SILVER

By: /s/ Erika Pike Turner
Erika Pike Turner, Bar No. 6454
Joel Z. Schwartz, Bar No. 9181
3960 Howard Hughes Parkway
9th Floor
Las Vegas, Nevada 89169

WILLIAMS & CONNOLY LLP

By: /s/ Ryan T. Scarborough
Ryan T. Scarborough
Peter G. Dickos
725 12th Street NW
Washington, D.C. 20001

Attorney for Defendant Thomas Procopio

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 6, 2015

3