MORRIS LAW GROUP
Robert McCoy, No. 9121
Email: rrm@morrislawgroup.com
Joni A. Jamison, No. 11614
Email: jaj@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

NOSSAMAN LLP
Patrick J. Richard (*pro hac vice*)
Email: prichard@nossaman.com
Sayed A. Ahmed (*pro hac vice*)
Email: aahmed@nossaman.com
50 California Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Security Savings Bank

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SECURITY SAVINGS BANK,<br><br>      Plaintiff,<br><br>vs.<br><br>KELLY JONES, STEPHEN DERVENIS, and THOMAS PROCOPIO,<br><br>      Defendants. | Case No. 2:13-cv-00168-JAD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE DEFENDANT THOMAS PROCOPIO ONLY** |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the parties stipulate that Plaintiff Federal Deposit Insurance Corporation, as Receiver for Security Savings Bank ("FDIC-R"), will dismiss all claims asserted against Defendant Thomas Procopio with prejudice.  This action will continue against the two remaining Defendants, Stephen Dervenis and Kelly Jones.  The FDIC-R and Mr. Procopio will each bear their own fees and costs.

MORRIS LAW GROUP

By: /s/ Robert McCoy
    Robert McCoy, Bar No. 9121
    Joni A. Jamison, Bar No. 11614
    900 Bank of America Plaza
    300 South Fourth Street
    Las Vegas, Nevada  89101

NOSSAMAN LLP
Patrick J. Richard (*pro hac vice*)
Sayed A. Ahmed (*pro hac vice*)
50 California Street, 34th Floor
San Francisco, California 94111

Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Security Savings Bank

GORDON SILVER

By: /s/ Erika Pike Turner
    Erika Pike Turner, Bar No. 6454
    Joel Z. Schwartz, Bar No. 9181
    3960 Howard Hughes Parkway
    9th Floor
    Las Vegas, Nevada 89169

WILLIAMS & CONNOLY LLP
Ryan T. Scarborough
Peter G. Dickos
725 12th Street NW
Washington, D.C. 20001

Attorneys for Defendant Thomas Procopio

ANDERSON, McPHARLIN &
 CONNERS LLP

By: /s/ Carleton R. Burch
 Carleton R. Burch, Bar No. 10527
 601 S. Seventh Street
 Las Vegas, Nevada 89101

MILLER KEFFER PEDIGO PLLC
K. Lawson Pedigo (*pro hac vice*)
3400 Carlisle Street, Suite 550
Dallas, Texas  75204

Attorneys for Defendants Kelly
Jones and Stephen Dervenis

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____

3