MORRIS LAW GROUP
Robert McCoy, No. 9121
Email:  rrm@morrislawgroup.com
Joni A. Jamison, No. 11614
Email: jaj@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

NOSSAMAN LLP
Patrick J. Richard (*pro hac vice*)
Email:  prichard@nossaman.com
Sayed A. Ahmed (*pro hac vice*)
Email:  aahmed@nossaman.com
50 California Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 398-3600
Facsimile:  (415) 398-2438

Attorneys for Plaintiff Federal Deposit
Insurance Corporation as Receiver for
Security Savings Bank

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SECURITY SAVINGS BANK,<br><br>          Plaintiff,<br><br>     vs.<br><br>KELLY JONES, STEPHEN DERVENIS, and THOMAS PROCOPIO,<br><br>          Defendants. | Case No. 2:13-cv-00168-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Federal Deposit Insurance Corporation as Receiver for Security Savings Bank and Defendants Stephen Dervenis and Kelly Jones[1] stipulate to extend the deadlines for filing responses to dispositive motions and set a joint briefing schedule.[2]

The fact and expert discovery in this action has been completed. The parties filed dispositive motions on June 4, 2015 (##165, 170). Pursuant to LR 7-2(e) and Fed. R. Civ. P. 6(d), the opposition briefs to the dispositive motions are due on June 29, 2015, and the reply briefs are due on July 16, 2015. In order to accommodate Plaintiff's counsel's conflicting deadlines on a separate matter, the parties stipulate that the current deadline to file the

---

[1] Plaintiff has settled all of its claims in this action with Defendant Thomas Procopio. *See* Stipulation and Order to Dismiss With Prejudice Defendant Thomas Procopio Only (#160).

[2] Under the current order governing the filing of dispositive motions and pre-trial filing dates (#158), the filing of the parties' motions under Fed. R. Civ. P. 56 suspended the deadline for filing the joint pre trial order until 30 days after the ruling on such motions, if necessary.

opposition briefs be extended by three weeks so that the opposition briefs are due on July 20, 2015, and the reply briefs are due on August 10, 2015.

| MORRIS LAW GROUP | ANDERSON, McPHARLIN & CONNERS LLP |
|---|---|
| By: /s/ Joni Jamison<br>Robert McCoy, Bar No. 9121<br>Joni A. Jamison, Bar No. 11614<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 | By: /s/Carleton Burch<br>Carleton R. Burch, Bar No. 10527<br>601 S. Seventh Street<br>Las Vegas, Nevada 89101 |
| NOSSAMAN LLP<br>Patrick J. Richard (*pro hac vice*)<br>Sayed A. Ahmed (*pro hac vice*)<br>50 California Street, 34th Floor<br>San Francisco, California 94111 | MILLER KEFFER PEDIGO PLLC<br>K. Lawson Pedigo (*pro hac vice*)<br>3400 Carlisle Street<br>Suite 550<br>Dallas, Texas 75204 |
| Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Security Savings Bank | Attorneys for Defendants Kelly Jones and Stephen Dervenis |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 18, 2015

3