UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Federal Deposit Insurance Corporation as Receiver for Security Savings Bank,<br><br>　　Plaintiff<br><br>v.<br><br>Kelly Jones and Stephen Dervenis,<br><br>　　Defendants | 2:13-cv-168-JAD-GWF<br><br>**Order Denying Motion to Amend as Moot in Light of Pending Settlement and Staying all Deadlines for 30 Days**<br>**[ECF 95]** |

　　All remaining parties to this action have notified the court that they have reached "a settlement in principle of all pending claims in this action" and are preparing a formal settlement agreement. ECF 238. They jointly request a stay of all pending deadlines while they finalize settlement documents. *Id*. To preserve the parties' resources and focus them on resolving this case, the request is granted.

　　Accordingly, IT IS HEREBY ORDERED that the plaintiff's Motion for Leave to Amend Complaint **[ECF 95] is DENIED as moot** and without prejudice in light of the pending settlement.

　　IT IS FURTHER ORDERED that **all deadlines in this case are stayed for 30 days** to permit the parties to focus their efforts on the settlement documents. The parties must appear for a **status conference regarding the settlement documents on Monday, October 26, 2015, at 9:30 a.m.** If the stipulation and order of dismissal is filed by 5 p.m. on Wednesday, October 21, 2015, the court will vacate the status hearing upon the telephonic request of either party.

　　Dated this 29th day of September, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　United States District Judge