MORRIS LAW GROUP
Robert McCoy, No. 9121
Email:  rrm@morrislawgroup.com
Joni A. Jamison, No. 11614
Email:  jaj@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

NOSSAMAN LLP
Patrick J. Richard (*pro hac vice*)
Email:  prichard@nossaman.com
Sayed A. Ahmed (*pro hac vice*)
Email:  aahmed@nossaman.com
50 California Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 398-3600
Facsimile:  (415) 398-2438

Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Security Savings Bank

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SECURITY SAVINGS BANK,<br><br>          Plaintiff,<br><br>     vs.<br><br>KELLY JONES, STEPHEN DERVENIS, and THOMAS PROCOPIO,<br><br>          Defendants. | Case No. 2:13-cv-00168-JAD-GWF<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>and ORDER |

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Federal Deposit Insurance Corporation as Receiver for Security Savings Bank ("FDIC-R") and defendants Kelly Jones and Stephen Dervenis (together, the "Defendants") stipulate to dismiss with prejudice all of the FDIC-R's claims against the Defendants in this action. The FDIC-R and Defendants will each bear their own fees and costs.

| MORRIS LAW GROUP | ANDERSON, McPHARLIN & CONNERS LLP |
|---|---|
| By: /s/ Robert McCoy<br>Robert McCoy, Bar No. 9121<br>Joni A. Jamison, Bar No. 11614<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 | By: /s/ Sue Trazig Cavaco<br>Carleton R. Burch, Bar No. 10527<br>Sue Trazig Cavaco, Bar No. 6150<br>601 South Seventh Street<br>Las Vegas, NV 89101 |
| NOSSAMAN LLP<br>Patrick J. Richard (*pro hac vice*)<br>Sayed A. Ahmed (*pro hac vice*)<br>50 California Street, 34th Floor<br>San Francisco, California 94111 | WILLIAMS & CONNOLY LLP<br>Ryan T. Scarborough (*pro hac vice*)<br>Brian C. Rabbitt (*pro hac vice*)<br>Peter G. Dickos (*pro hac vice*)<br>725 12th Street NW<br>Washington, D.C. 20005 |
| *Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Security Savings Bank* | and<br><br>MILLER KEFFER PEDIGO PLLC<br>K. Lawson Pedigo (*pro hac vice*)<br>3400 Carlisle Street, Suite 550<br>Dallas, Texas 75204<br><br>*Attorneys for Defendants Kelly Jones and Stephen Dervenis* |

### ORDER

Based on the parties' stipulation [ECF 246], IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each party to bear its own fees and costs. All pending motions are DENIED as moot. The Clerk of Court is instructed to CLOSE this case.

November 12, 2015

_____
Jennifer Dorsey
United States District Judge

2